IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>    Plaintiff,<br><br> vs.<br><br>AG VALLEY COOPERATIVE NON-STOCK,<br><br>    Defendant. | **8:21CV354**<br><br>**ORDER** |
| JESS T. LAMMERS,<br><br>    Plaintiff,<br><br> vs.<br><br>STATE OF NEBRASKA,<br><br>    Defendant. | **7:21CV5009**<br><br>**ORDER** |
| JESS T. LAMMERS,<br><br>    Plaintiff,<br><br> vs.<br><br>STACY A. OTT,<br><br>    Defendant. | **7:21CV5011**<br><br>**ORDER** |

| | |
|---|---|
| JESS T. LAMMERS, | |
| Plaintiff, | **8:22CV65** |
| vs. | |
| COOPERATIVE PRODUCERS, INC., CPI; | **ORDER** |
| Defendant. | |

Jess Lammers, a party in the above-captioned cases, has left a voicemail message with the chambers of the undersigned United States District Judge indicating that his address has changed. He also requests assistance from the court in "sorting out" a paperwork error that has caused him to be placed in the Lincoln Regional Center. I shall order that Plaintiff file a notice of address change with the court pursuant to Nebraska General Rules 1.3(e) and (g) in each of his open cases in this court and serve notice of such address change with the opposing parties in each case. To the extent Plaintiff seeks assistance from the court in other matters, he must file an appropriate motion in the desired case or cases because the court cannot act on ex parte communications or requests that are not part of the record.

IT IS ORDERED:

1.  Plaintiff shall file a notice of address change with the court pursuant to NEGenR 1.3(e) and (g) in each of the above-captioned open cases, and he shall serve notice of such address change with the opposing parties in each case; and

2.  To the extent Plaintiff seeks assistance from the court in other matters, he must file an appropriate motion in the desired case or cases.

3. The clerk's office is directed to send to Plaintiff a copy of this order to the address on file with the court and to the Lincoln Regional Center, P.O. Box 94949, Lincoln, NE 68509-4949.

Dated this 10th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge