IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Defendant. | 7:21CV5009<br><br>MEMORANDUM<br>AND ORDER |

On March 10, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 8.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 8 at CM/ECF pp. 7-8.) To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 26th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge